UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:02-CR-482-T-27EAJ

GUILLERMO PEREZ-ALZATE,
  a/k/a Pablo Sevillano,
  a/k/a Don Pablo, a/k/a Don P,
  a/k/a Guillermo Naranjo

## MOTION TO UNSEAL

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, moves this court to unseal the Indictment filed in the instant case.

The United States initially requested the sealing of this filing on December 11, 2002 in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge. The necessity for the sealing of said file no longer exists in light of the recent developments in connection with this case.

The defendant has been apprehended and is en route from Colombia and will arrive in the Middle District of Florida late afternoon on May 13, 2008.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
JOSEPH K. RUDDY
Assistant United States Attorney
AUSA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6338
Facsimile: (813) 274-6125
E-mail: joseph.ruddy@usdoj.gov