UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:02-CR-482-T-27EAJ

GUILLERMO PEREZ-ALZATE
  a/k/a Pablo Sevillano,
  a/k/a Don Pablo, a/k/a Don P,
  a/k/a Guillermo Naranjo

## ORDER

This matter before the Court is the government's In Camera motion to unseal the Indictment, in the instant case.

It is hereby ORDERED that the Indictment, in the instant case, be UNSEALED.

DONE AND ORDERED in Chambers at Tampa, Florida, this 13th day of May, 2008.

ELIZABETH A. JENKINS
United States Magistrate Judge

Copies to:  Joseph K. Ruddy
            Assistant United States Attorney

N:\_Criminal Cases\P\PerezAlzate_2002R02907\p_Motion to Unseal Indictment.wpd