UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.   8:02-CR-482-T-27EAJ

GUILLERMO PEREZ-ALZATE

**MOTION BY THE UNITED STATES FOR**
**DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE**
**BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), Federal Rules of Criminal Procedure, the United States moves this Court to grant a three-level reduction in the defendant's offense level, and in support thereof states as follows:

The defendant began cooperating with law enforcement upon his arrival in the Middle District of Florida. The defendant's decision to cooperate and plea substantially assisted the Government in the investigation and prosecution of other individuals. The government is prepared to advise the Court, in camera, ex parte, of the specific circumstances justifying the motion and recommended level of departure.

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. The United States believes that, because of his efforts on behalf of the United States, GUILLERMO PEREZ-ALZATE should receive a three-level reduction in his offense level for his assistance. The Government is prepared to advise the Court, in camera, ex parte, of the nature and extent of the defendant's cooperation. In the event the Court grants the instant motion

and departs three levels downward, the defendant's advisory guideline range would be 235-293 months, based upon a Total Offense Level of 38 and Criminal History Category I.

## **CONCLUSION**

For the foregoing reasons and the circumstances to be presented <u>in camera</u> to the Court at sentencing, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: /s/ JOSEPH K. RUDDY
JOSEPH K. RUDDY
Assistant United States Attorney
AUSA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6338
Facsimile: (813) 274-6125
E-mail: joseph.ruddy@usdoj.gov

U.S. v. GUILLERMO PEREZ-ALZATE    Case No. 8:02-CR-482-T-27EAJ

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dennis Urbano, Esq.

/s/ JOSEPH K. RUDDY
JOSEPH K. RUDDY
Assistant United States Attorney
AUSA No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:  (813) 274-6338
Facsimile:  (813) 274-6125
E-mail:  joseph.ruddy@usdoj.gov