# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO: 8:02-CR-482-T-27EAJ   DATE: 8/17/09

HONORABLE JAMES D. WHITTEMORE   INTERPRETER: Ricardo Arenas

UNITED STATES OF AMERICA

Joseph Ruddy
Government Counsel

vs.

Guillermo Perez-Alzate
Defendant

Dennis Urbano
Defense Counsel

COURT RPTR: Linda Starr   DEPUTY CLERK: Anpie H Ohle

TIME: 4:00 PM – 4:55 PM   TOTAL: 55 min.

## CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

___ Defendant sworn.
___ Court conducts supplemental plea colloquy pursuant to Booker.
___ Defendant's witnesses in mitigation: _____

✓ Defendant is adjudged guilty on count(s) 1+2 of the (Indictment)/Information.

✓ Imprisonment: 210 months - as to Counts 1+2; Concurrent. CTS since 3/30/04.

✓ The Court recommends confinement: Miami FCI, or Coleman, alternatively.
( ) Defendant reside at a Community Sanctions Center.
( ) Defendant participate in and receive drug and alcohol treatment & rehabilitation while incarcerated.
( ) Defendant participate in the 500 hour Intensive Drug Program, if eligible.
( ) Other: _____

✓ Supervised release: 5 years - Counts 1+2; Concurrent.

___ Probation: _____

✓ Fine: _____ or (Waived.)

___ Restitution: $_____ (See Criminal Monetary Penalties - Page 5 of the Judgment for details)
5 of the Judgment for details)
Joint & Several with _____

✓ Special Assessment: $ 200.00 (X) To be paid immediately.

__✓__   Special conditions of ( ) probation (X) supervised release.

() Defendant shall participate in the Home Detention program for a period of _____. During the time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's probation officer.

() Defendant shall participate as directed in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

() Defendant shall participate as directed in a program for mental health treatment approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

() The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

(X) The mandatory drug testing provisions are waived.

() The defendant shall provide the probation officer access to any requested financial information.

() The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases, **or attempting to do so**, without the *express prior approval* of the probation officer.

(X) Should the defendant be deported, he/she shall not be allowed to re-enter the United States without the express permission of the United States Homeland Security.

() Defendant shall perform _____ hours of community service.
   ( )May be substituted on an hourly basis for gainful employment.

(X) Defendant shall cooperate in DNA collection.

() _____

✓ Defendant is remanded to custody of the U.S. Marshal.

___ Defendant to surrender to ( ) designated institution ( ) as notified by the U.S. Marshal ( ) on _____ ( ) before _____ ( ) as notified by the U.S. Marshal ( ) as notified by the Probation Office.

___ Count(s) _____ of the indictment/information - dismissed on motion of the U.S. Attorney.

___ Original indictment and/or superseding indictment is/are dismissed on motion by the U.S. Attorney.

✓ Defendant advised of right to appeal and to counsel on appeal.

✓ Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant.

___ Bond ( ) continued ( ) modified _____

✓ Government's motion for downward departure (Dkt. 48 ) is ~~GRANTED~~/~~DENIED~~. Court departs __4__ levels.

✓ Government's Oral/Motion for additional 1-level departure for acceptance of responsibility is GRANTED/~~DENIED~~.

___ Defendant's motion for downward departure (Dkt. ____ ) is GRANTED/DENIED.

___ Forfeiture ordered by the Court ( ) See order.

OTHER: _____

ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level: ~~41~~ 37

Criminal History Category: I

Imprisonment Range: 324 to 405 months

Supervised Release Range: ___ to 5 years

Restitution: $ N/A

Fine Range: $ 25,000 to $ 8,000,000

Special Assessment: $ 200

-3-