UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:02-cr-482-T-27EAJ

GUILLERMO PEREZ-ALZATE

**MOTION BY THE UNITED STATES FOR REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b), and Title 18 United States Code, Section 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced in the above-captioned case by the Honorable James D. Whittemore on August 18, 2009, to two hundred and ten (210) months incarceration.   At sentencing, the defendant was given credit for the time he spent in custody pending extradition, which began on March 30, 2004. The defendant's current release date is June 29, 2019.

2. Since his sentencing, the defendant cooperated with law enforcement, which the government views as substantial assistance. Specifically, the defendant provided substantial assistance to the United States in several cases.

3. The government respectfully requests this Honorable Court grant a two (2) level downward departure, which would result in a total offense level of 35,

Criminal History Category I (168-210 months).

WHEREFORE, based upon the aforementioned, the government respectfully requests that this Honorable Court grant the defendant a two (2) level downward departure based upon the cooperation provided by the defendant.

Respectfully submitted,

A.LEE BENTLEY, III
United States Attorney

By:   s/Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6178
Email: joseph.ruddy@usdoj.gov

**U.S. v. Guillermo Perez-Alzate**          **Case No. 8:02-cr-482-T-27EAJ**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of Record

s/Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
