UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:02-cr-482-T-27EAJ

GUILLERMO PEREZ-ALZATE

### UNITED STATES' UNOPPOSED MOTION FOR CONTINUANCE

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, respectfully requests that this Honorable Court continue the hearing on the Government's Motion for Reduction in Sentence (Doc. 57) due to the unavailability of the defendant, and in support thereof states the following:

1. The undersigned Assistant United States Attorney filed a Motion for Reduction of Sentence (Doc. 57). Counsel for the defendant filed a motion for a hearing (Doc. 61), which this Honorable Court granted on March 18, 2016 (Doc. 62), setting the hearing for April 18, 2016.

2. On March 19, 2016, the undersigned Assistant United States Attorney requested a writ be issued to secure the defendant's appearance at the hearing. During the past week, it was learned that a hold had been placed on the defendant from an unidentified Department of Justice (DOJ) Attorney in the District of Columbia. The Marshal Service advised the defendant cannot be moved unless the hold is removed.

3. At this time, the undersigned Assistant United States Attorney has been unsuccessful in efforts to identify the DOJ Attorney who placed the hold on the defendant, but believes this can be accomplished with additional time.

4. Counsel for the defendant has been advised of the instant motion and does not oppose the continuance.

WHEREFORE, the United States respectfully requests that this Honorable Court grant a continuance for a period of thirty (30) days, consistent with the Court's calendar.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:  /s/ Joseph K. Ruddy
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6178
E-mail:   joseph.ruddy@usdoj.gov

U.S. v. Guillermo Perez-Alzate        Case No. 8:02-cr-486-T-27EAJ

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

Jose Ramon Puig, Esquire

By: */s/ Joseph K. Ruddy*
JOSEPH K. RUDDY
Assistant United States Attorney
United States Attorney No. 037
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone: (813) 274-6000
Facsimile:   (813) 274-6178
E-mail: joseph.ruddy@usdoj.gov

L:\_Cases\Criminal Cases\P\Perez-Alzate, Guillermo_2002R02907_JKR\p_Motion for Continuance.docx