## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO. 8:02-cr-482-T-27EAJ

GUILLERMO PEREZ-ALZATE

_____

### ORDER

**THIS CAUSE** is before the Court on May 25, 2016, upon Motion by the United States for Reduction of Defendant's Sentence, pursuant to Rule 35(b) (Dkt.57). The Court, having considered argument of the United States and counsel for the defendant, and, upon consideration of same, it is

**ORDERED and ADJUDGED:**

That said motion is hereby **granted** based on defendant's substantial assistance. The Court grants a 2-level departure to Offense Level 35, which combined with a Criminal History Category I, results in a sentencing range of 168 to 210 months. Accordingly, the defendant's **sentence as to Counts One and Two, is reduced to ONE HUNDRED SIXTY-EIGHT (168) MONTHS or TIME SERVED, CONCURRENT, whichever is greater**. The term of supervised release imposed shall remain the same.

It is further ORDERED that the Clerk deliver four certified copies of this Order to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE AND ORDERED** at Tampa, Florida this 25th day of May, 2016.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:  -U.S. Attorney's Office
         -Defense Counsel
         -U.S. Marshal
         -U.S. Probation